

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  06/03/2024
```

1115 Broadway, 12th Floor  
New York, NY 10010  
Tel:  (212) 339-9955  
Fax:  (646) 365-3208  
Web: www.BernsteinIP.com  

Karen J. Bernstein, Managing Partner  

Karen J. Bernstein*  
David A. Boag**  
Cristina Buccola+  

*Admitted NY, PA, CO  
**Registered Patent Attorney  
kjb@bernsteinip.com  
+Admitted NY, NJ, MA, OR  

June 3, 2024

**VIA ECF**

Hon. Katharine H. Parker  
United States Magistrate Judge  
United States District Court  
 for the Southern District of New York  
500 Pearl Street, Room 750  
New York, NY 10007  

> **APPLICATION GRANTED:** The Initial Conference set for 7/23/2024 at 12:00 PM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to **Thursday, August 22, 2024 at 10:00 a.m.**
>
> APPLICATION GRANTED
>
> *Katharine H. Parker*
> Hon. Katharine H. Parker, U.S.M.J.
>
> 06/03/2024

Re:  *On the Revel, Inc. v. Revel Brand Group, LLC, d/b/a Revel Media*  
     United States District Court, Southern District of New York  
     Case No.: 1:24-cv-02954-LAK-KHP

Dear Magistrate Judge Parker:

The undersigned represents Plaintiff On the Revel, Inc. in the above-captioned matter.

Plaintiff seeks an adjournment of the July 23, 2024 Initial Case Management Conference in connection with the above-referenced matter.

Defendant's counsel agreed to accept service of the June 17, 2024 Waiver of the Summons in this matter, and the Proof of Service was filed with the Court on May 23, 2024 (Docket # 40).

Accordingly, pursuant to Fed. R. Civ. P. 4(d), Defendant has 60 days from the date of the Waiver of Service or no later than July 16, 2024 to file its response to the Complaint, which does not give the parties sufficient time to conduct the Rule 26(f) conference in advance of the July 23, 2024 Initial Case Management Conference.

This is the first request for an adjournment of the Initial Case Management Conference, and Defendant consents to the request for adjournment.

Magistrate Judge Katharine H. Parker
June 3, 2024
Page 2

      For the above reasons, therefore, Plaintiff (with Defendant's consent) respectfully requests an adjournment of the July 23, 2024 Initial Case Management Conference.

      Respectfully submitted,

      /kjb/
      Karen J. Bernstein

KJB/jbm

cc:    Mark F. Warzecha, Esq. (via ECF)
       David A. Boag, Esq. (via ECF)