**Cole Thomas**
1038 Redtail Road
Audubon, PA 19403
Tel: (484) 868-0355

Defendant in *pro se*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ON THE REVEL, INC., <br><br> Plaintiff, <br><br> v. <br><br> REVEL BRAND GROUP, d/b/a REVEL MEDIA, <br><br> Defendant. | Docket# SDNY-1-24-cv-02954-1-c <br><br> **DEFENDANT'S NOTICE OF MOTION AND MOTION TO STAY PROCEEDINGS; DEFENDANT'S DECLARATION IN SUPPORT** <br><br> Date:  TBD <br> Time:  TBD <br><br> Trial Date:  TBD <br><br> Complaint Filed:  April 19, 2024 |

DEFENDANT'S NOTICE OF MOTION TO STAY PROCEEDINGS

**TO COURT, PLAINTIFF AND ITS ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on a date to be determined by the Court of the above-entitled Court, located at 500 Pearl Street, New York, NY 10007, defendant Cole Thomas (Owner of Revel Media which is taxed as a pass-through entity on Cole Thomas's personal income tax filings) will and hereby does move for an order staying ON THE REVEL, INC.'s ("Plaintiff")'s Complaint for a minimum of 3 months under its discretionary authority to do so, as explained in, for the following reasons listed below. **We kindly ask the court to process this Motion to Stay urgently considering the upcoming complaint response date of July 16, 2024 and Cole Thomas' urgent neck surgery next week.**

1. **Medical Necessity**: Principal party (founder and owner of Revel Media) Cole Thomas was hospitalized in California May 5-6, 2024 for severe neck stenosis / spinal cord inflammation and needs to get neck surgery rescheduled **July 18, 2024** at USC for disc replacement of his C6-C7 disc that is bumping his spinal cord. He is the owner of Revel Media and lead negotiator, creator and brand / intellectual property expert who will need at least 3 months for recovery and rehabilitation before case participation.

2. **Unexpected Change of Counsel:** Revel Media's retained litigation counsel Malek Widerman unexpectedly pulled out of this case June 10, 2024. Revel Media needs appropriate time to find NY based litigation counsel and get them up to speed on the case. I ask the judge to please allow me to file this

1
DEFENDANT'S NOTICE OF MOTION TO STAY PROCEEDINGS

Motion to Stay pro se considering these multiple factors and ideally would like to respond to complaint pro se but understand if court would prefer me to hire NY based counsel after neck surgery recovery and rehabilitation.

3. **Ongoing Settlement Attempts:** Revel Media and On The Revel Inc are in discussions on settlement with a draft co-existence settlement agreement provided by Revel Media to On The Revel Inc whose counsel has communicated a response will be coming this week. As of mid week, we still have not received a redline or comments from On The Revel Inc.'s counsel and want to give the court enough time to process this Motion to Stay **before next week's currently scheduled July 16, 2024 response**. We still, however, hope that the parties can reach a settlement without using more of the court's valuable time.

The motion will be based upon this notice, the memorandum of points and authorities in support of this motion; the declaration of Cole Thomas ("Coley"), the files and records in this action, and any further evidence and argument that the Court may receive at or before the hearing.

Dated: July 10, 2024            Respectfully submitted,

                                */s/ Cole Thomas*
                                Cole Thomas
                                Defendant in pro per

2
DEFENDANT'S NOTICE OF MOTION TO STAY PROCEEDINGS

**MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO STAY**

Dear Your Honor,

I kindly ask that you accept my Motion to Stay pro se to give me adequate time to do the following efficiently, methodically and compassionately for myself and all parties involved:

**1) Medical Necessity:** Heal a high stakes neck injury (severe cervical spinal stenosis with my C5-C6 and C6-C7 discs bumping my spinal cord after severe inflammation from Long Covid and multiple bouts of autoimmune brain encephalitis exacerbated a prior injury (10 foot head fall) resulting in me being hospitalized multiple times including most recently in California May 5-6, 2024). I will be getting disc replacement neck surgery at USC Hospital in California next Thursday July 18, 2024 and will require at least 3 months of recovery and rehabilitation. I can provide the court extensive documentation if requested but would prefer my medical team and family to focus on upcoming surgery and healing, not legal stress and logistics. I have provided my USC app schedule.

**2) Change of Counsel:** If necessary, hire a NY based litigation attorney to respond to Plaintiff's complaint and file a countersuit for damages as we believe this complaint to be frivolous and without merit. I have a 120+ page response to the complaint and a countersuit draft prepared that extensively documents Plaintiff's infringement of our USPTO registered trademarks including breach of agreement by mutual business partners and the inaccuracy of their complaint. We

3
DEFENDANT'S NOTICE OF MOTION TO STAY PROCEEDINGS

have attempted repeatedly to settle this matter amicably without filing a lawsuit only for Plaintiff to first skirt communication then escalate to filing a court complaint causing all parties unnecessary time and cost. Revel Media retained, paid and negotiated a course of action with our prior litigation counsel Mark Malek of Widerman Malek only for Revel Media's litigation counsel to unexpectedly pull out of this case June 10, 2024. Revel Media needs appropriate time to find new NY based litigation counsel and get them up to speed on the case. I kindly ask that the court at least allow me to file this Motion to Stay pro se so that I can focus on surgery recovery and then retain new NY counsel.

**3) Ongoing Settlement Attempts:** After numerous good faith attempts by Revel Media to find a mutually agreeable settlement with On The Revel, Inc without legal conflict, Plaintiff's counsel finally engaged in a productive mediation call on June 25, 2024 resulting in Revel Media sending On The Revel Inc. a draft settlement agreement on June 26, 2024. On July 2, 2024, On The Revel Inc.'s counsel communicated that their comments on proposed agreement would be coming the week of July 8, 2024. At the time of this filing over halfway through the week, Revel Media has not received a response or settlement agreement redline from Plaintiff and want to give the court enough time to process this Motion to Stay so are filing it today. Though we still hope that the parties can harmoniously settle so that this case and any countersuits by Revel Media can be withdrawn saving everyone and court, time, stress and health.

In conclusion, I respectfully pray the Court exercise its discretionary authority to grant my motion to stay this action for at least 3 months to: (1) give me time to recover from my cervical spine surgery; (2) give me time to retain new counsel; and (3) give the parties an opportunity to settle the case without further involvement from the Court.

Dated: July 10, 2024                               Respectfully Submitted,

                                                   */s/ Cole Thomas*
                                                   Cole Thomas
                                                   Defendant in *pro per*

5
DEFENDANT'S NOTICE OF MOTION TO STAY PROCEEDINGS

# DECLARATION OF COLE THOMAS SUPPORT

I, Cole Thomas, declare as follows:

1. I am the individual owner of the Defendant REVEL BRAND GROUP, d/b/a REVEL MEDIA.

2. Everything in this motion to stay is true and accurate to the best of my knowledge.

3. Attached as **Exhibit 1** below is a screen shot of my USC Medical Portal 4 that shows that I have upcoming cervical spine surgery on July 18, 2024. If the Court wishes, I am happy to provide the Court extensive documentation of my cervical spine problems and upcoming surgery.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct and that this Declaration was executed by me on this 10th day of July 2024, at Los Angeles, California.

*/s/ Cole Thomas*

Cole Thomas, Declarant

1
DEFENDANT'S DECLARATION IN SUPPORT OF MOTION TO STAY PROCEEDINGS

## Exhibit 1:



2

PROOF OF SERVICE