```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _7/17/2024_
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

ON THE REVEL, INC.,

                    Plaintiff,

         -against-

REVEL BRAND GROUP, LLC.,

                  Defendant.
-----------------------------------------------------------------X

**24-CV-2954 (LAK) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On July 15, 2024, Plaintiff requested a two-month extension of the deadline for Defendant to respond to Plaintiff's complaint.  (ECF No. 23.)  The Court granted this request on July 16, 2024.  (ECF No. 24.)  Defendant now requests a 3-month stay of proceedings as a result of ongoing settlement discussions between the parties as well as an upcoming medical procedure.  (ECF No. 25.)  In light of the Court's recent 2-month extension of the deadline for Defendant to respond to the complaint, the Court does not believe a stay is necessary at this time. The parties shall file a status letter with the Court by **September 2, 2024**, informing the Court if a further extension of the deadline for Defendant to respond to the complaint is necessary.

       **Plaintiff is directed to send a copy of this Order and the Court's Order at ECF No. 24 to Defendant.**

       **SO ORDERED.**

Dated: New York, New York
      July 17, 2024        _____
                            KATHARINE H. PARKER
                           United States Magistrate Judge

1