USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/09/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ON THE REVEL, INC.,

                           Plaintiff,

            -against-

REVEL BRAND GROUP, LLC.,

                          Defendant.
-----------------------------------------------------------------X

24-CV-2954 (LAK) (KHP)

**INITIAL CASE MANAGEMENT CONFERENCE ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

       In light of the Notice of Voluntary Dismissal filed on September 6, 2024 (doc. no 30) the Initial Case Management Conference currently scheduled for **November 6, 2024** is hereby adjourned *sine die*.

       **SO ORDERED.**

DATED:    New York, New York
                 September 9, 2024

                                                               _____
                                                              KATHARINE H. PARKER
                                                              United States Magistrate Judge